IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NEAL O'NEILL, et al.,

    Plaintiffs,                  No. CIV S-04-0169 GEB GGH P

    vs.

AGENT McCARTHY, et al.,

    Defendants.           <u>ORDER</u>

_____/

        Plaintiffs Neal O'Neill and Marion O'Neill are proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. On March 30, 2005, the court dismissed the third amended complaint with leave to file a fourth amended complaint. The third amended complaint was not signed by both plaintiffs. In the March 30, 2005, order the court also observed that the third amended complaint did not identify any defendants or discuss the relief sought.

        On April 26, 2005, plaintiffs filed a fourth amended complaint. This complaint is signed by both plaintiffs and discusses the relief sought. However, this complaint does not identify the defendants. While this complaint contains allegations against various persons, it is unclear who plaintiffs intend to be named as defendants. The court cannot guess who the defendants are. Plaintiffs are granted one final opportunity to file an amended complaint that complies with Fed. R. Civ. P. 8. Plaintiffs should list the defendants at the beginning of the fifth

1  amended complaint and then specifically discuss how each defendant violated their rights.  The

2  fifth amended complaint must be signed by both plaintiffs and discuss the relief sought.

3     Accordingly, IT IS HEREBY ORDERED that the fourth amended complaint filed

4  April 26, 2005, is dismissed with thirty days to file a fifth amended complaint.

5  DATED:   6/14/05

7            /s/ Gregory G. Hollows

8            GREGORY G. HOLLOWS
          UNITED STATES MAGISTRATE JUDGE

9  ggh:kj
on169.def