```
 1
 2
 3
 4
 5
 6
 7
 8                   IN THE UNITED STATES DISTRICT COURT
 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10   NEAL O'NEILL, et al.,
11           Plaintiff,                  2:04-cv-0169-GEB-GGH-P
12       vs.
13   AGENT McCARTHY, et al.,
14           Defendants.                 ORDER
15   _____/
```

16           Plaintiffs have filed this civil rights action seeking
17  relief under 42 U.S.C. § 1983.  The matter was referred to a
18  United States Magistrate Judge pursuant to 28 U.S.C.
19  § 636(b)(1)(B) and Local General Order No. 262.
20           On September 1, 2005, the magistrate judge filed
21  findings and recommendations herein which were served on
22  plaintiff and which contained notice to plaintiff that any
23  objections to the findings and recommendations were to be filed
24  within twenty days.  Plaintiffs have not filed objections to the
25  findings and recommendations.
26

                                 1

1       On November 14, 2005, plaintiffs filed a request for a 30 day continuance. Plaintiffs state that they have retained an attorney to represent them in this action. This request does not address plaintiffs' failure to prosecute this action. In addition, this request does not identify the attorney by name. For these reasons, the court finds that plaintiffs' request for a continuance is not well supported.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiffs' November 14, 2005, request for a continuance is denied;

      2. The findings and recommendations filed September 1, 2005, are adopted in full; and

      3. This action is dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED: December 6, 2005

                        <u>/s/ Garland E. Burrell, Jr.</u>
                        GARLAND E. BURRELL, JR.
                        United States District Judge