IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NEAL O'NEILL, et al.,

      Plaintiff,                2:04-cv-0169-GEB-GGH-P

     vs.

AGENT McCARTHY, et al.,

      Defendants.           <u>ORDER</u>

_____/

        On December 7, 2005, this action was dismissed. On December 14, 2005, plaintiffs filed a motion for reversal of the December 7, 2005, order. The court construes this motion as a request for relief from judgment pursuant to Fed. R. Civ. P. 60(b). After reviewing the record, the court finds that plaintiffs' motion is without merit.

        Accordingly, IT IS HEREBY ORDERED that plaintiffs' December 14, 2005, motion for reversal, construed as a request for relief from judgment pursuant to Fed. R. Civ. P. 60(b), is denied.

Dated: January 26, 2006

```
                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
```

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26